## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **)** |
| | **)** |
| **v.** | **) Case No.: 2:21-cr-160** |
| | **)** |
| **DEVLON WILLIAMS** | **)** |

## MOTION FOR APPOINTMENT OF COUNSEL

It is undersigned counsel's understanding that Mr. Williams' trial counsel will be moving to withdraw from representation of Mr. Williams.  In anticipation of that motion, undersigned counsel met with Mr. Williams and obtained a signed financial affidavit, which is being submitted under seal.

Undersigned counsel is not aware of any conflicts which would prevent representation of Mr. Williams by the Federal Defender office.

If the Court approves the withdrawal of Mr. Williams' counsel, the office of Federal Defenders would accept appointment.

Respectfully submitted,

**/s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2023, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing

to all counsel of record.

Respectfully submitted,

**/s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org